UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| MILTON DOWELL, | ) | |
| Petitioner, | ) | Civil No. 17-71-JMH |
| V. | ) | |
| FRANCISCO QUINTANA, WARDEN, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

In keeping with the Court's Order of even date herewith, **IT IS ORDERED**:

(1) Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [DE 1] is **DENIED;**

(2) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(3) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 16th day of January, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge